IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EMPLOYERS MUTUAL CASUALTY
COMPANY AND EMCASCO INSURANCE COMPANY                    PLAINTIFFS

VS.                                CIVIL ACTION NO.: 3:05-CV-00272-TSL-JCS

EVELYN K. GOERS, CHERYL GOERS,
and UNION PLANTERS NATIONAL BANK                          DEFENDANTS

## AGREED ORDER GRANTING JOINT MOTION TO DISBURSE FUNDS

**ON THE MOTION** of the parties for an Order Disbursing the Funds currently being held in the registry of the Court having previously been deposited therein, and the Court finding that the same is well taken. It is therefore:

**ORDERED AND ADJUDGED** that the Settlement Funds currently being held in the Court's registry shall be disbursed, payable as follows:

a)  The sum of Ten Thousand and no/100 Dollars ($10,000.00) to Evelyn Goers C/O Staci B. O'Neal, 214 Key Drive, Suite 1100, Madison, MS 39110;
b)  The sum of Sixty Thousand and no/100 Dollars ($60,000.00) to Cheryl Goers C/O Staci B. O'Neal, 214 Key Drive, Suite 1100, Madison, MS 39110;
c)  The sum of Twenty-eight Thousand and no/100 Dollars ($28,000.00) to EMC Insurance Companies C/O Webb Sanders & Williams, PLLC, Post Office 496, Tupelo, MS 38802-0496;
d)  The sum of Twenty-Four Thousand and no/100 Dollars ($24,000.00) to Stephen W. Mullins and Alwyn H. Luckey, PA, Post Office Box 724, Ocean Springs, MS 39564;
e)  The sum of Three Thousand and no/100 Dollars ($3,000.00) to George Healy and Associates, 2224 25th Avenue, Gulfport, MS 39501;
f)  Any accumulated interest will be disbursed to Cheryl Goers, C/O Staci B. O'Neal, 214 Key Drive, Suite 1100, Madison, MS 39110.

SO ORDERED, THIS the  26  day of March, 2007.

_____
**HONORABLE JAMES C. SUMNER**
**UNITED STATES MAGISTRATE JUDGE**

356500.WPD

Agreed:


/s/ Dan W. Webb
DAN W. WEBB, MSB #7051
ROECHELLE R. MORGAN, MSB #100621
J. WAYNE DOSS, JR., MSB #100530
WEBB, SANDERS, & WILLIAMS, P.L.L.C.
POST OFFICE BOX 496
363 NORTH BROADWAY
TUPELO, MS 38802
(662) 844-2137
and
CHRIS H. DEATON, ESQ.
DEATON & DEATON
P.O. BOX 1726
TUPELO, MISSISSIPPI 38802-1726
Attorneys for Plaintiffs

/S/ Staci B. O'Neal
STACI B. O'NEAL, ESQ.
214 KEY DRIVE, SUITE 1100
MADISON, MS 39110
Attorney for Defendants

/S/ George W. Healy, IV
GEORGE W. HEALY, IV, ESQ.
GEORGE W. HEALY, IV & ASSOCIATES
2224 25TH AVENUE
GULFPORT, MS 39501
Former Attorney for Defendants


/s/ Timothy J. Matusheski
TIMOTHY J. MATUSHESKI, ESQ.
GEORGE W. HEALY, IV & ASSOCIATES
2224 25TH AVENUE
GULFPORT, MS 39501
Former Attorney for Defendants

/s/ Stephen Wright Mullins
STEPHEN WRIGHT MULLINS, ESQ.
LAW OFFICES OF ALWYN H. LUCKEY
P.O. BOX 724
OCEAN SPRINGS, MS 39564
and
MICHAEL W. DUFFY, ESQ.
CHILDRESS DUFFY GOLDBLATT, LTD.
515 NORTH STATE STREET
CHICAGO, IL 60610
Former Attorneys for Defendants


/s/ J. Peyton Randolph, II
J. PEYTON RANDOLPH, II, ESQ.
LAW OFFICES OF J. PEYTON RANDOLPH, II
613 STEED ROAD
RIDGELAND, MISSISSIPPI 39157
Attorney for the Insurance Mart